IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02591-BNB

KYLE T. DeCOOPMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 6 2009

GREGORY C. LANGHAM

---

ORDER OF DISMISSAL

---

    Plaintiff, Kyle T. DeCoopman, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. He initiated this action by filing a letter with the Court on October 27, 2009.

    In an order filed on November 4, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. DeCoopman to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. DeCoopman to file a complaint on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. DeCoopman was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. DeCoopman has not communicated with the Court since October 27, 2009. Accordingly, he has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 16 day of December, 2009.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02591-BNB

Kyle T. DeCoopman
Prisoner No. 126556
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/16/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk